UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAMES SOSCIA,

                                        Plaintiff,

        -against-

UNITED STATES OF AMERICA,
UNITED STATES NATIONAL PARK SERVICE and
UNITED STATES DEPARTMENT OF THE INTERIOR,

                                        Defendants.

**COMPLAINT AND
DEMAND FOR TRIAL
BY JURY**

Case No.: 1:26-cv-65 (AJB/DJS)

Plaintiff, James Soscia, complaining of the defendants, by and through his attorneys, Harding Mazzotti, LLP, respectfully allege as follows:

## PRELMINARY STATEMENT

1.      This action is brought for personal injury related to the negligence of the defendants in the ownership, operation, management, maintenance and control of the Saratoga National Historic Park relating to an incident that occurred on June 11, 2025.

## JURISDICTION AND VENUE

2.      Jurisdiction over defendants, United States of America, United States National Park Service and United States Department of the Interior is based upon the Federal Tort Claims Act, pursuant to 28 USC §1346(b) and 28 USC §2674, as this is an action for personal injury, pain and suffering, loss of enjoyment of life and other special damages caused by the negligent acts or omissions of the United States of America and related federal entities of the United States of America as defendants herein.

3.      This Court has jurisdiction over both the parties and subject matter of this action pursuant to 28 USC §1346(b) and the defendants are the United States of America and related federal entities of the United States of America, the United States National Park Service and United

States Department of the Interior, the amount in controversy exceeds $75,000, and the tortious act(s) took place within the State of New York and within the Northern District.

4.      Plaintiff hereby demands a jury trial.

## ADMINISTRATIVE REQUIREMENTS

5.      Pursuant to 28 USC §2672, this matter was timely presented to the United States of America, National Park Service and Department of the Interior by service of a Claim for Damage, Injury or Death (Standard Form 95) executed on November 3, 2025 (Exhibit "A") and served via Certified Mail on November 13, 2025 (Exhibit "B"), and said Department has not paid or satisfied said claim.

6.      By letter dated November 19, 2025 the United States of America, via the United States Department of the Interior, issued a denial of the above-noted claims (Exhibit "C").

7.      Pursuant to said denial, this action is being filed within six (6) months of said denial.

8.      Plaintiff has therefore satisfied all conditions precedent under federal law to filing suit.

## PARTIES

9.      That at all times hereinafter mentioned, Plaintiff, James Soscia was and still is a resident of the Town of Guilderland, County of Albany, State of New York.

10.     Defendants herein are the United States of America and certain federal entities established by and under the control of the United States of America, specifically the United States National Park Service and the United States Department of the Interior.

## FACTS

11.     Upon information and belief, at all times hereinafter mentioned, the Saratoga National Historical Park (hereinafter "SNHP") is owned, operated, managed, maintained and/or controlled by the United States National Park Service of the United States Department of the Interior and/or the

United States of America (hereinafter "defendants") and is located in the County of Saratoga, State of New York.

12.     Upon information and belief, at all times hereinafter mentioned, SNHP is open to the public, including plaintiff herein, as a national historic park, including its roadways, parking areas, sidewalks and related infrastructure contained therein.

13.     Upon information and belief, at all times hereinafter mentioned, defendants own, operate, manage, maintain and/or control roadways, parking areas, sidewalks and related infrastructure within the SNHP for use by the public, including plaintiff herein, including Saratoga National Battlefield Road.

14.     Upon information and belief, and at all times relevant herein, defendants owned operated, managed, maintained and/or controlled Saratoga National Battlefield Road located within SNHP in the County of Saratoga, State of New York.

15.     Upon information and belief, and at all times relevant herein, defendants were responsible for the repair and maintenance of the roadways, parking areas, sidewalks and related infrastructure within the SNHP for use by the public, including plaintiff herein, including Saratoga National Battlefield Road.

16.     Upon information and belief, the defendants had prior written notice of the dangerous and defective condition of Saratoga National Battlefield Road.

17.     Upon information and belief, defendants had a duty to maintain the roadways, parking areas, sidewalks and related infrastructure within the SNHP, including Saratoga National Battlefield Road, in a reasonably safe condition for persons using said public park and roadways, including plaintiff herein.

18.     Upon information and belief, defendants are charged by law with the duty of keeping the roadways, parking areas, sidewalks and related infrastructure within the SNHP, including Saratoga National Battlefield Road, in a reasonably safe condition for the passage of the public, including plaintiff herein, and also is charged with a duty of removing defective and unsafe conditions from such roadways.

19.     That as of June 11, 2025, the defendants had both actual and constructive notice and knowledge of the hereinafter mentioned dangerous condition existing on said Saratoga National Battlefield Road, or should have had such notice and knowledge.

20.     Despite having actual notice and/or constructive notice and/or written notice of the defective condition of Saratoga National Battlefield Road the defendants failed to take any reasonable steps to remedy such defective conditions.

21.     The defendants, their officers, agents, servants and/or employees created the dangerous, hazardous and/or unsafe condition of said roadway.

22.     The incident complained of herein occurred on Saratoga National Battlefield Road at the entrance to the parking area and turn around loop at the American River Fortifications – Stop 3 located in the southeast corner of SNHP closest to Route 4 as detailed in the Form 95 (Exhibit "A").

23.     That plaintiff was lawfully and properly operating his bicycle on Saratoga National Battlefield Road at or near the entrance to the parking area and turn around loop at the American River Fortifications – Stop 3 located in the southeast corner of SNHP closest to Route 4 as detailed in the Form 95 (Exhibit "A") when he was caused to be violently thrown from his bicycle to the ground resulting in significant and permanent personal injuries.

## <u>AS AND FOR COUNT ONE - FIRST CAUSE OF ACTION AGAINST DEFENDANTS FOR NEGLIGENCE</u>

24.     Plaintiff repeats, reiterates and realleges each and every allegation contained in the Complaint herein, all with the same force and effect as though set forth fully at this point.

25.     That on or about June 11, 2025, at approximately 1:45 p.m., on the roadway of Saratoga National Battlefield Road, at or near the entrance to the parking area and turn around loop at the American River Fortifications – Stop 3 located in the southeast corner of SNHP closest to Route 4 as detailed in the Form 95 (Exhibit "A"), plaintiff was lawfully and properly riding his bicycle.

26.     That on said date and time, at said time and place, there existed a dangerous and defective condition in said roadway involving a portion of the curbing that extended into the roadway with an elevation or lip that created a hazard for bicyclists as well as color mimicking that of the pavement striping in the parking area that also created a hazard to bicyclists.

27.     That on said date and time and at said place, plaintiff's bicycle struck the curbing defect and/or became caught by it causing him to lose control of his bicycle and to be ejected from his bicycle and to strike the ground with great force resulting in severe and permanent injuries.

28.     That due to the defendants' negligent ownership, construction, repair, maintenance, marking, signage and inspection, and due to a dangerous obstruction/defect in the roadway, the plaintiff was caused to lose control of his bicycle, to be ejected, and come into violent contact with the ground resulting in severe and permanent injuries.

29.     The negligence of defendants consisted in the careless, negligent, and reckless ownership, construction, management, control, custody, maintenance and repair of the public roadways at or near the location of the crash herein, and particularly Saratoga National Battlefield

Road at or near the entrance to the parking area and turn around loop at the American River Fortifications – Stop 3 located in the southeast corner of SNHP closest to Route 4 as detailed in the Form 95 (Exhibit "A"), in failing to properly sign and/or warn of the defective and/or unsafe condition of the roadway in the area where this incident occurred, and/or in the creation of the defective dangerous condition, and/or failing to remedy said condition.

30.     At all relevant times mentioned herein, defendants breached their duty to keep the roadways, parking areas, sidewalks and related infrastructure within the SNHP, in particular Saratoga National Battlefield at or near the entrance to the parking area and turn around loop at the American River Fortifications - Stop 3 located in the southeast corner of SNHP closest to Route 4 as detailed in the Form 95, in a reasonably safe condition for the passage of the public, including plaintiff herein, and breached their duty to remove defective and unsafe conditions from such roadway within this particular area.

31.     As a result of the defendants' negligence and breach of their duty, the plaintiff sustained severe personal injuries which have caused and will continue to cause him pain and suffering, as well as a diminution in the quality of his life.

32.     By reason of the facts aforesaid, plaintiff has been damaged in a sum of money having a present value that exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction of this matter.

33.     That by reason of the foregoing, the plaintiff has been caused to suffer severe and serious personal injuries, some of which are permanent and have caused or will continue to cause pain, disability, disfigurement and/or loss of body function or use.

34.     As a result of the aforementioned negligence of the defendants, the plaintiff has suffered damages in a sum of $750,000.00 or greater.

WHEREFORE, plaintiff demands judgment against Defendant on all counts and/or causes of action in an amount that exceeds the jurisdictional limits of all lower courts that otherwise have jurisdiction, exclusive of costs, statutory interest, disbursements and such other and further or different relief as the Court deems just and proper.  Plaintiff demands a jury trial on all issues and causes of action set forth in this Complaint

Dated: January 12, 2026          By:    _____

Thomas J. Mortati, Esq.
NYND Bar Roll No: 506590
HARDING MAZZOTTI, LLP
*Attorneys for Plaintiff*
1 Wall Street
Albany, New York 12205
(518) 556-3401